11 So.2d 175

**Ralph SULLIVAN v. STATE.**

6 Div. 964.

Court of Appeals of Alabama.
Dec. 15, 1942.

G. J. Prosch, of Birmingham, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 227

**C. G. SUTTON v. CITY OF TUSCALOOSA.**

6 Div. 839.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

8 So.2d 227

**C. G. SUTTON v. CITY OF TUSCALOOSA.**

6 Div. 840.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

11 So.2d 175

**General TAYLOR v. STATE.**

6 Div. 945.

Court of Appeals of Alabama.
Oct. 27, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

5 So.2d 854

**Sarah TAYLOR v. STATE.**

6 Div. 773.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 852

**W. Lamond TAYLOR v. STATE.**

4 Div. 660.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.